UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Yong Nam Lim

        Plaintiff,

v.

Beauty Town International, Inc. and Don Park

        Defendants.

Index No. 18-cv-16972

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Yong Nam Lim and Defendants Beauty Town International, Inc. and Don Park through their counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal of all claims in the above-captioned matter with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Dated: April 15, 2019

By: _____
One of the Attorneys for Plaintiff
YONG NAM LIM

Ryan J. Kim
RYAN KIM LAW, P.C.
163-10 Northern Blvd.
*Ste 205*
*Flushing, NY 11358*

Respectfully submitted,

By: _____
One of the Attorneys for Defendants
Beauty Town International, Inc. and Don Park

Louis M. DiLuzio, Esq.

So Ordered this 24th day of April 2019

Susan D. Wigenton, U.S.D.J.